# Holland & Knight

800 17th Street, NW, Suite 1100 | Washington, DC 20006 | T 202.955.3000 | F 202.955.5564

Leon Fresco
202 469 5129
leon.fresco@hklaw.com

February 12, 2025

**VIA FAX**

U. S. Department of State
Office of Information Programs and Services
2201 C Street N.W., Suite B266
Washington, D.C. 20520-0000
FAX: (202) 485-1669

**Re:**     **Freedom of Information Act – Request for *EXPEDITIOUS HANDLING***

**Request of F-1 Nonimmigrant Visa Statistics for FY 2022, FY 2023, and FY 2024**

Dear Sir or Madam:

On behalf of my client, Shorelight Education, a leading education company focused on providing educational experiences for international students and partnering with U.S. universities as a clearinghouse for information, we are respectfully filing a Freedom of Information Act request seeking public information that is possessed by the State Department, but is not specifically provided to the public in the State Department's non-immigrant visa statistics.

Specifically, we seek the following information/data:

1. For fiscal years 2022, 2023, and 2024 — The total number of completed/submitted DS-160 applications seeking F-1 student visas by country.  In other words, we are not seeking to know the number of students who started an application, but we are seeking to know the number of students who actually submitted/ completed a DS-160 application to the State Department.

2. For fiscal years 2022, 2023, and 2024 — The total number F-1 student visa applicants who made F-1 student visa application fee payments to the State Department (not in dollar amount – but meaning the number of people/applicants who paid visa application fees).   The data sought should be provided by country.  In other words, we want to know how many Chinese F-1 student visa applicants paid a fee, how many Indian F-1 student visa applicants paid a fee, etc.

3. For fiscal years 2022, 2023, and 2024 — For each country, the total number of completed/submitted DS-160 applications seeking F-1 student visas by country – but sorted by the "Name of School" field that is in the DS-160 application.  In other words, if India has 50,000 applicants, we seek to know how many of the 50,000 applicants were seeking to attend University X, how many were seeking to attend University Y, and how many were seeking to attend University Z, etc.   The State Department maintains these statistics due to its use of this field on the DS-160.  (**See attached page for reference**)

State Department FOIA Request
February 12, 2025
Page 2

4. For fiscal years 2022, 2023, and 2024 — For each country, the total number of completed/submitted DS-160 applications seeking F-1 student visas by country – but sorted by the "Course of Study" field that is in the DS-160 application.   In other words, if India has 50,000 applicants, we seek to know how many of the 50,000 applicants were seeking to study engineering, how many were seeking to study economics, etc.   The State Department maintains these statistics due to its use of this field on the DS-160.  **(See attached page for reference)**

Again, we simply seek data that we know the State Department collects as part of the visa application process.

## II. Compelling Need Justifying Expeditious Handling

There are four compelling reasons justifying expeditious processing of this request:

• First – As Shorelight Education attempts to educate U.S. universities and members of Congress about the importance of the student visa system, Congressional members and staff consistently ask about whether the denial rate for student visas is increasing or decreasing.  They also ask about whether every student who needs an appointment is able to obtain an appointment.  Finally, they also ask about the profile of where foreign students are studying and what they are studying in the United States.  As this information is not currently publicly available, it is impossible to answer these questions.

• Second – Members of the media have inquired with Shorelight Education as to whether the denial rate for student visas is increasing or decreasing.  They also ask about whether every student who needs an appointment is able to obtain an appointment.  Finally, they also ask about the profile of where foreign students are studying and what they are studying in the United States.  As this information is not currently publicly available, it is impossible to answer these questions.

• Third -  Substantial pedagogical and economic concerns of colleges and universities in the United States are implicated by the failure to process this FOIA request immediately.   Universities across the United States require this information quickly so that they may better understand the changing landscape of the international student visa adjudication process and to make multi-million dollar decisions about which international students to invest-in and recruit from around the world.  This data is critical to preventing schools from wasting millions of dollars to recruit students from areas where they are statistically less likely to obtain visas and visa appointments.

• Fourth – This information is clearly and readily available to the State Department and is very easy to obtain and disseminate.  The State Department already collects this information in segregated field form and—based upon our discussions with members of the State Department—we are aware that Consular Officers receive reports with this information.

## III. Payment of Fees

Undersigned counsel consents to, and is prepared to pay, all fees that are necessary to obtain any and all documents responsive to the requests above.

Please feel free to contact the undersigned at (202)469-5129 or by email at leon.fresco@hklaw.com should there be any questions.

State Department FOIA Request
February 12, 2025
Page 3

Sincerely,

Leon Fresco

Enclosures

# Evidence showing the State Department Collects this data

## SEVIS Information (F/M Visas)
Displayed for all F and M visa applicants.



## SEVIS Information (J Visas)

Displayed for all J visa applicants.



## Sign and Submit – FGM/C

Displayed for applicants of following nationalities: Benin, Burkina Faso, Cameroon, Central African Republic, Chad, Cote d'Ivoire, Democratic Republic of the Congo, Djibouti, Egypt, Eritrea, Ethiopia, Gambia, Ghana, Guinea, Guinea-Bissau, Indonesia, Iraq, Kenya, Liberia, Mali, Mauritania, Niger, Nigeria, Senegal, Sierra Leone, Somalia, Sudan, Tanzania, Togo, Uganda, Yemen



## Confirmation

Displayed for all applicants.



Note: Electronically submitting your DS-160 online application is the FIRST STEP in the visa application process. The next step is to review the internet page of the embassy or consulate where you plan to apply for your visa. Most visa applicants will need to schedule a visa interview, though some applicants may qualify for visa renewal. The embassy or consulate information may include specific local instructions about scheduling interviews, submitting your visa application, and other frequently asked questions.

**YOU MUST BRING** the confirmation page and the following document(s) with you at all steps during the application process:

**Passport**

You may also provide any additional documents you feel will support your case.

## Instructions

**YOU MUST SUBMIT** the confirmation page with a clear and legible barcode at the time of your interview. If you do not have access to a printer at this time, select the option to email your confirmation page to an email address. You may print or email your application for your own records. **YOU DO NOT** need to submit the application at the time of the interview.

Please note that you will be required to provide proof that you have paid the visa application fee and any other fees associated with your application. There may be other fees associated with the visa application process. Please check your country's Reciprocity Schedule for any other fees you may owe.

If you have further questions, or to find out how to contact the Consular Post, please go to http://kabul.usembassy.gov or http://travel.state.gov.

NOTE: Unless exempt from an interview, you will be required to sign your application by providing a biometric signature, i.e. your fingerprint before a consular officer. By providing this biometric signature you are certifying under penalty of perjury that you have read and understood the questions in your nonimmigrant visa application and that all statements that appear in your nonimmigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. Furthermore at the time of your interview, you will be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

You electronically signed your application on 27-Apr-2017 02:27:28 (GMT-05:00). You were required to electronically sign your application yourself, unless otherwise exempt by regulation, even if the application was prepared by someone other than yourself. Your electronic signature certifies that you have read and understood the questions in this application and that your answers are true and correct to the best of your knowledge and belief. The submission of an application containing any false or misleading statements may result in the permanent refusal of a visa or the denial of entry into the United States. All declarations made in this application are unsworn declarations made under penalty of perjury. (28 U.S.C. 1746).

You certified that you understand that you are required to submit your visa to the United States Immigration Officer at the port where you apply to enter the United States, and that possession of the visa does not entitle you to enter the United States if, upon your arrival, you are found to be inadmissible under U.S. immigration laws. You certified that you understand that any willfully false or misleading statement or willful concealment of a material fact made by you within the application may subject you to permanent exclusion from the United States and, if you are admitted to the United States, may subject you to criminal prosecution and/or deportation.

The information that you have provided in your application and other information submitted with your application may be accessible to other government agencies having statutory or other lawful authority to use such information, including for law enforcement and immigration law enforcement purposes. If fingerprints are collected as part of your application process, they may be used for the purpose of comparing them to other fingerprints in the FBI's Next Generation Identification (NGI) fingerprint system or its successor systems (including civil, criminal, and latent fingerprint repositories). The photograph that you provide with your application may be used for employment verification or other U.S. law purposes.



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information  Disclaimers  Paperwork Reduction Act

Official U.S. Department of State Visa Appointment Service | Italy, English

# Your payment was successful

|  |  |
|---|---|
| **Card Holder:** | Leon Fresco |
| **Card Number:** | 1921 |
| **PIN:** | 5383685600321 |
| **Transaction Date:** | 24 March 2023 |
| **Amount Charged:** | 194.75 EUR |